# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

IGOR LEAL and
GIOVANA DOS SANTOS SALAZAR,

      Plaintiffs,

      v.                         Case No. 25-CV-1397

ALLEGIANT TRAVEL COMPANY and
ALLEGIANT AIR,

      Defendants.

## ORDER

Defendants Allegiant Air and Allegiant Travel Company moved pursuant to Federal Rule of Civil Procedure 37(a)(3)(B) and Civil Local Rule 7(h) to compel the plaintiffs' discovery responses. (ECF No. 17.) The plaintiffs did not respond to the motion. Accordingly, the motion is granted as unopposed.

Within 14 days of this order the plaintiffs shall fully respond to written discovery including answers to interrogatories and requests for production with said answers and responses to be provided without objections as objections have now been waived.

The deadline for the completion of fact witness depositions is extended to May 30, 2026. All subsequent expert disclosure deadlines are extended by thirty days.

Any request for costs under Fed. R. Civ. P. 37(a)(5) shall be submitted no later than 14 days following this order. The plaintiffs may respond to the request for costs within 7 days thereafter.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 19th day of March, 2026.

_s/ Byron B. Conway_
BYRON B. CONWAY
U.S. District Judge

2