# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

IGOR LEAL, et al.,

        Plaintiffs,

v.                    Case No. 25-CV-1397

ALLEGIANT TRAVEL COMPANY, et al.,

        Defendants.

## ORDER

On March 9, 2026, the defendants filed an expedited motion to compel. (ECF No. 17.) When the plaintiffs failed to respond, the court granted the motion as unopposed and ordered the plaintiffs to submit complete discovery responses within 14 days. (ECF No. 18.)

On April 2, 2026, the defendants submitted a motion for attorney fees and sanctions. (ECF No. 19.) The following day, counsel for the plaintiffs submitted a declaration. (ECF No. 20.) Plaintiffs' counsel states that he has submitted complete responses to the defendants' discovery requests. Counsel has not responded to the defendants' request for attorney fees regarding the motion to compel. And defendants have not responded to plaintiffs' counsel declaration that the plaintiffs have fully complied with the court's order. Accordingly, the court finds that the motion for sanctions is **dismissed as moot**.

As for the motion for attorney fees, there is a presumption under Fed. R. Civ. P. 37(a)(5)(A) that the loser in a discovery dispute will pay the prevailing party's expenses including attorney fees. *See Finishmaster, Inc. v. Gmp Cars Collision Fairfield*, No. 1:20-cv-00299-RLY-MJD, 2020 U.S. Dist. LEXIS 138072, at *2 (S.D. Ind. Aug. 3, 2020). The losing party has the burden to prove that an exception to this presumption applies. *Id.* at *3. The court finds the hourly rate charged by counsel and the hours expended (ECF No. 19-2) to be reasonable. *See Walton v. First Merchant's Bank*, 820 F. App'x 450, 456 (7th Cir. 2020) (citing *Pickett v. Sheridan Health Care Ctr.*, 664 F.3d 632, 639 (7th Cir. 2011)).

Accordingly, the motion for attorney fees is **granted**, and within **14 days** of this order plaintiffs' counsel, William F. Sulton, shall pay to the defendants the sum of **$2,068.00**.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 1st day of May, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge
